UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 2:17-cr-27
                                            HON. PAUL L. MALONEY

DANY DANIEL ORELLANA-VELASQUEZ,

        Defendant.
_____/

## **ORDER OF DETENTION**

      Defendant appeared before the undersigned on August 17, 2017, for an initial appearance and arraignment on the indictment charging defendant with Alien Felon Reentry. The government requested detention and advised there is an immigration detainer currently on defendant.

      Defendant shall be detained pending further proceedings, but if he becomes eligible for release at a later time, he may request a hearing.

      IT IS SO ORDERED.

                                                      /s/ Timothy P. Greeley
                                                     TIMOTHY P. GREELEY
                                                     UNITED STATES MAGISTRATE JUDGE

Dated: August 21, 2017